IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cr275

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| JOSEPH HENRY REYNOLDS, JR. ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se to allow his adult daughter visitation privileges at the federal institution where he is incarcerated. (Doc. No. 14).

In the motion, the defendant states the warden has denied the defendant's daughter to visit based on her criminal record. The Court is without authority to grant the defendant's request for relief. White v. Keller, 588 F.2d 913, 914 (4th Cir. 1978) (no constitutional right to unregulated visitation); Turner v. Safley, 482 U.S. 78, 89 (1987) (regulation of visitation valid if related to legitimate penological interests). The visiting regulations of the BOP appropriately allow a warden to consider the criminal history of a person seeking access to the institution. There is no information before the Court that the warden has acted unreasonably or unconstitutionally.

**IT IS, THEREFORE, ORDERED,** that the defendant's pro se motion to allow his daughter to visit him (Doc. No. 14) is DENIED.

Signed: June 29, 2009

Robert J. Conrad, Jr.
Chief United States District Judge